**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1476**

HAZEL L. SANDERS,

                Plaintiff - Appellant,

     v.

ENOS CONTRACTORS; TRACY RICHARDS; BERKSHIRE PROPERTY
ADVISORS, LLC,

                Defendants – Appellees,

BERKSHIRE PROPERTIES,

                Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Ellen L. Hollander, District Judge.
(1:13-cv-02590-ELH)

Submitted: August 27, 2015         Decided: August 31, 2015

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Hazel L. Sanders, Appellant Pro Se. Rick M. Grams, Letecia G.
Rollins, SAGAL, FILBERT, QUASNEY & BETTEN, P.A., Towson,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hazel L. Sanders seeks to appeal the district court's order denying her motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on January 7, 2015. The notice of appeal was filed on April 27, 2015. Because Sanders failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2